IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: THE HOME DEPOT, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2583<br>1:14-md-2583-TWT |
| FIRST CHOICE FEDERAL CREDIT UNION individually and on behalf of a class of similarly situated financial institutions,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:14-CV-02975-AT |
| SOUTHERN CHAUTAUQUA FEDERAL CREDIT UNION individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:14-CV-3020-AT |
| HOWARD STERN, et al.,<br><br>    Plaintiffs,<br><br>    v. | CIVIL ACTION FILE<br>NO. 1:14-CV-3043-AT |

| | |
|---|---|
| THE HOME DEPOT INCORPORATED a Delaware corporation, <br><br>    Defendant. | |
| KURT SCHEUERMAN, et al., <br><br>    Plaintiffs, <br><br>       v. <br><br>THE HOME DEPOT, INC., a Delaware corporation, <br><br>    Defendant. | CIVIL ACTION FILE NO. 1:14-CV-3053-AT |
| PROFINIUM, INC. individually and on behalf of all others similarly situated, <br><br>    Plaintiff, <br><br>       v. <br><br>HOME DEPOT U.S.A., INC., <br><br>    Defendant. | CIVIL ACTION FILE NO. 1:14-CV-3388-AT |
| SALISBURY BANK AND TRUST COMPANY individually and on behalf of a class of all similarly situated financial institutions, <br><br>    Plaintiff, <br><br>       v. <br><br>HOME DEPOT USA, INC., <br><br>    Defendant. | CIVIL ACTION FILE NO. 1:14-CV-3722-AT |

| | |
|---|---|
| AMERICAN BANK OF COMMERCE, et al.,<br><br>   Plaintiffs,<br><br>     v.<br><br>THE HOME DEPOT, INC.,<br><br>   Defendant. | CIVIL ACTION FILE<br>NO. 1:14-CV-3391-CAP |
| FIREFIGHTERS CREDIT UNION individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>     v.<br><br>THE HOME DEPOT, INC.,<br><br>   Defendant. | CIVIL ACTION FILE<br>NO. 1:14-CV-3656-CAP |
| VINCE MURPHY individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>     v.<br><br>HOME DEPOT, INC.,<br><br>   Defendant. | CIVIL ACTION FILE<br>NO. 1:14-CV-2909-WSD |

| | |
|---|---|
| KLEINBANK<br>individually and on behalf of all others<br>similarly situated,<br><br>    Plaintiff,<br><br>      v.<br><br>THE HOME DEPOT, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:14-CV-3586-WSD |
| HAROLD E. HILL, et al.,<br><br>    Plaintiffs,<br><br>      v.<br><br>HOME DEPOT U.S.A., INC.<br>a Delaware Corporation, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:14-CV-3845-LMM |
| EDDA HERNANDEZ<br>individually and on behalf of all others<br>similarly situated,<br><br>    Plaintiff,<br><br>      v.<br><br>THE HOME DEPOT, INC.,<br>a Delaware corporation,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:14-CV-3198-WBH |

| | |
|---|---|
| SAVINGS INSTITUTE BANK AND TRUST COMPANY Individually and on behalf of a class of all similarly situated financial institutions,<br><br>   Plaintiff,<br><br>     v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>   Defendant. | CIVIL ACTION FILE NO. 1:14-CV-3178-ELR |
| ERIC PETERSEN individually and on behalf of all others similarly situated ,<br><br>   Plaintiff,<br><br>     v.<br><br>THE HOME DEPOT, INC. a Delaware corporation,<br><br>   Defendant. | CIVIL ACTION FILE NO. 1:14-CV-3477-LMM |
| AMALGAMATED BANK a New York banking corporation, individually and on behalf of a class of similarly situated financial institutions,<br><br>   Plaintiff,<br><br>     v.<br><br>HOME DEPOT U.S.A., INC. a Delaware corporation,<br><br>   Defendant. | CIVIL ACTION FILE NO. 1:14-CV-3668-RWS |

| | |
|---|---|
| STEPHEN M. FENERJIAN individually and on behalf of a class of those similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br><br>HOME DEPOT U.S.A., INC.,<br><br>    Defendant. | CIVIL ACTION FILE NO. 1:14-CV-3271-SCJ |
| ANIMAS CREDIT UNION individually and on behalf of a class of similarly situated financial institutions,<br><br>    Plaintiff,<br><br>    v.<br><br><br>THE HOME DEPOT, INC.,<br><br>    Defendant. | CIVIL ACTION FILE NO. 1:14-CV-3577-SCJ |
| ERIKA FARR individually and on behalf of a class of those similarly situated as defined herein, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br><br>THE HOME DEPOT USA, INC.,<br><br>    Defendant. | CIVIL ACTION FILE NO. 2:14-CV-248-RWS |

| | |
|---|---|
| JOHN SOLAK, et al., <br><br>   Plaintiffs, <br><br>     v. <br><br>THE HOME DEPOT, INC., <br>a Delaware corporation, <br><br>   Defendant. | CIVIL ACTION FILE <br>NO. 1:14-CV-2856-WSD |
| GULF COAST BANK & TRUST COMPANY <br>individually and on behalf of all others similarly situated, <br><br>   Plaintiff, <br><br>     v. <br><br>HOME DEPOT, INC., <br><br>   Defendant. | CIVIL ACTION FILE <br>NO. 1:14-CV-3448-WSD |

**ORDER**

Pursuant to the Order of the Judicial Panel on Multidistrict Litigation designating me as the transferee judge to coordinate pretrial matters in all of the Home Depot, Inc., Customer Data Security Breach Litigation cases, the above cases are transferred from the individual judges of this district to me.

SO ORDERED, this 15 day of December, 2014.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge